1

2

3

4

5

6

7

8

9

UNITED  STATES  DISTRICT  COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENNO STYLES,<br><br>                    Plaintiff,<br><br>        v.<br><br>BILL CLINTON, et al.,<br><br>                    Defendants.<br>_____ | ) 1:08-cv-01976-OWW-SMS<br>)<br>) ORDER TO PLAINTIFF TO SHOW CAUSE<br>) IN WRITING WITHIN TWENTY DAYS OF<br>) SERVICE OF THIS ORDER WHY THE<br>) ACTION SHOULD NOT BE DISMISSED<br>) FOR PLAINTIFF'S FAILURE TO PAY<br>) THE FILING FEE OR TO FILE A<br>) COMPLETED APPLICATION TO PROCEED<br>) IN FORMA PAUPERIS ACCOMPANIED BY<br>) ADEQUATE DOCUMENTATION (DOCS. 2,<br>) 3) |

        Plaintiff, an inmate of Patton State Hospital, is proceeding

pro se with a civil action. The matter has been referred to the

Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules

72-302 and 72-304.

        On January 26, 2009, the Court issued an order directing

Plaintiff to file a completed application to proceed in forma

pauperis and to file an amended complaint. The order was served

by mail on Plaintiff at the address for the state hospital at

which Plaintiff stated he was residing. However, the mail was

1

1 returned, as undeliverable, not deliverable as addressed, and

2 unable to forward.

3     A failure to comply with an order of the Court may result in

4 sanctions, including dismissal, pursuant to the inherent power of

5 the Court or the Federal Rules of Civil Procedure. Fed. R. Civ.

6 P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501

7 U.S. 31, 42-43 (1991).

8     Accordingly, it is HEREBY ORDERED that:

9     1. Within twenty (20) days of the date of service of this

10 order, Plaintiff shall show cause in writing why this action

11 should not be dismissed for failure to pay the filing fee or to

12 submit a completed application to proceed in forma pauperis with

13 an original, completed application trust account statement in

14 compliance with the Court's order; Plaintiff shall show cause in

15 writing because the Court has determined that no hearing is

16 necessary; if Plaintiff has any reasons why this action should

17 not be dismissed, Plaintiff shall submit them by sworn

18 declaration of facts which shall include (A) an explanation of

19 the lack of activity in this case, and (B) a list each specific

20 step Plaintiff plans to take to comply with the Court's orders

21 and to prosecute this case, to which Plaintiff may append a

22 supporting memorandum of law; and

23     2. Plaintiff is informed that the failure to respond to this

24 order will result in a recommendation that the action be

25 dismissed. Further, Plaintiff IS INFORMED that pursuant to Local

26 Rule 83-182(f), if a party fails to notify the Court of a change

27 ///

28 //////

of address, service of documents at the prior address of a party
or an attorney shall be fully effective.


IT IS SO ORDERED.

**Dated:**   **March 2, 2009**            **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE